ROGERS PEET COMPANY, Appellant, v. SIDNEY HILLMAN, as President of the AMALGAMATED CLOTHING WORKERS OF AMERICA, Respondent, Impleaded with DAVID WOLF and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROGERS PEET COMPANY, Appellant, v. SIDNEY HILLMAN, as President of the AMALGAMATED CLOTHING WORKERS OF AMERICA and Others, Defendant, Impleaded with MARTIN SIGEL, as Treasurer of the AMALGAMATED CLOTHING WORKERS OF AMERICA, LOCAL No. 4, Respondent.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROGERS PEET COMPANY, Appellant, v. SIDNEY HILLMAN, as President of the AMALGAMATED CLOTHING WORKERS OF AMERICA and Others, Defendants, Impleaded with MARTIN SIGEL and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of DANIEL F. LEARY, Appellant, for a Voluntary Dissolution of A. W. DUCKETT & CO., INC., a New York Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JOHN G. ANDERSON, Respondent, v. ADA SMITH, Appellant.— Order modified by striking out the provision requiring defendant to file a surety company undertaking, and by providing in lieu thereof that, as consented to by defendant's counsel upon the argument, the jewelry in question, with the exception of the $1,800 piece thereof which has been stolen, shall be deposited in a safe deposit company to be agreed upon by the counsel herein, or, in case of failure so to agree, to be fixed by this court, to remain therein until the determination of this action; and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUISE M. McCULLOUGH, Respondent, v. EDWIN CLIFFORD McCULLOUGH, Appellant.— Order modified by reducing alimony to $10,000 a year, payable in equal monthly installments, and by reducing counsel fee to $5,000; and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM NEUBERG, Respondent, v. WHITE, PIERCE & COMPANY, INC., Appellant.— Order modified by striking out the words " and the affidavit annexed thereto and the pleading herein," at the end of the last paragraph thereof, and as so modified affirmed, with ten dollars costs and disbursements to respondent; the date for the examination to proceed to be fixed by the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ROBERT HENRY THORBURN, Appellant, v. AUGUSTINE L. HUMES and Another, as Executors, etc., of DELLORA R. GATES, Deceased, and Others, Respondents, Impleaded with FIRST NATIONAL BANK OF PORT ARTHUR, TEXAS, as Administrator, etc., of JOHN W. GATES, Deceased, and Others,